In the Matter of the Estate of HUGH MARTIN, Deceased.

VIRGINIA CURRAN et al., as Executrices of MARY E. CURRAN, Deceased, Appellants; EUGENE J. BUSHER, as Administrator with the Will Annexed, Respondent.

(Argued June 12, 1930; decided July 8, 1930.)

*Edgar A. Martin* and *Warren Leslie* for appellants.

*Robert B. Honeyman* for administrator, respondent.

*Alfred J. Talley* for Edward R. Kirk, ancillary guardian of Emily Martin, an infant, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.